United States District Court
Southern District of Texas
**ENTERED**
March 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIGNET MARITIME CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03049 |
| | § | |
| NFE TRANSPORT PARTNERS LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER

Pending before this Court in the above-referenced proceeding is Plaintiff Signet Maritime Corporation's ("Plaintiff") Motion to Dismiss Defendant NFE Transport Partners LLC's ("Defendant") Counterclaims (Doc. No. 12). The recommended ruling in Magistrate Judge Ho's Report and Recommendation (Doc. No. 16) would resolve this motion by denying Plaintiff's motion without prejudice, (Doc. No. 12), and granting Defendant's unopposed motion for leave to amend its counterclaims. (Doc. No. 15). No parties filed objections to the Report and Recommendation. Due to an administrative oversight, the Court failed to adopt this Report and Recommendation in writing, although the parties have proceeded as if it were already so adopted. After a review of the filings, the applicable law, and Judge Ho's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation, **DENIES** Plaintiff's Motion to Dismiss, (Doc. No. 12), and **GRANTS** Defendant's Unopposed Motion to Amend, (Doc. No. 15 at 16–17).

Signed on this the _30_ day of March 2026.

Andrew S. Hanen
United States District Judge